

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2022

No. 04-21-00555-CV

Richard L. **FLEMING** III,
Appellant

v.

**NASA FEDERAL CREDIT UNION**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020CV0167
Honorable Bill Squires, Judge Presiding

# O R D E R

After the reporter's and clerk's records were filed, Appellant filed his brief on March 7, 2022, but Appellant's brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief has, among others, the following defects:

- the Statement of Facts has no citations to the clerk's or reporter's records, *contra id.* R. 38.1(g);
- the Statement of Facts contains arguments, *contra id.*; and
- the Argument section does not contain any citations to the clerk's or reporter's records, *contra id.* R. 38.1(i).

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the defects described above constitute flagrant violations of Rule 38.

Therefore, we **strike** Appellant's brief and **order** Appellant to file an amended brief within **ten days** of the date of this order. **The amended brief must correct all the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a);

*see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2022.



MICHAEL A. CRUZ, Clerk of Court